UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JOHNNY L. WHITE, #322198**                        CIVIL ACTION

**VERSUS**                                         NO. 05-3080

**N. BURL CAIN, WARDEN**                           SECTION: "B"(1)

### ORDER

Considering petitioner White's objections to the Magistrate Judge's Report and Recommendation, along with said report, applicable law and the record, **IT IS ORDERED** that White's objections are overruled and the court hereby adopts the Magistrate Judge's Report and Recommendation as it's opinion in this matter. The objections at issue do not raise any new facts or law that warrant rejection of the Magistrate Judge's Report and Recommendation, especially in light of the record relied upon by White and the Magistrate Judge.

The instant §2254 petition is thereby **DISMISSED**.

New Orleans, Louisiana, this 27th day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE